UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI) | CONSOLIDATED UNDER MDL DOCKET NO. 875 |
| JOSEPH VENDITTO,<br><br>　　Plaintiff,<br><br>v.<br><br>GENERAL ELECTRIC COMPANY, ET AL.,<br><br>　　Defendants. | EDPA File No. 2:10-cv-78945 |

### NOTICE OF SUBSTITUION OF COUNSEL FOR DEFENDANT AIR & LIQUID SYSTEMS CORPORATION, AS SUCCESSOR BY MERGER TO BUFFALO PUMPS, INC.

To the Clerk:

Kindly withdraw the appearance of Kathleen L. Killoy as counsel for Defendant Air & Liquid Systems Corporation, as Successor by Merger to Buffalo Pumps, Inc., and substitute the appearance of Corey M. Dennis, in the above-referenced matter.

　　　　　　　　　　　　　　　　THE DEFENDANT,
　　　　　　　　　　　　　　　　Air & Liquid Systems Corporation, as Successor by
　　　　　　　　　　　　　　　　Merger to Buffalo Pumps, Inc.

　　　　　　　　　　　　　　　　*/s/Corey M. Dennis*
　　　　　　　　　　　　　　　　Corey M. Dennis, BBO #673345
　　　　　　　　　　　　　　　　Governo Law Firm LLC
　　　　　　　　　　　　　　　　Two International Place, 15th Floor
　　　　　　　　　　　　　　　　Boston, MA 02110
　　　　　　　　　　　　　　　　Phone: (617) 737-9045
　　　　　　　　　　　　　　　　Fax: (617) 737-9046
　　　　　　　　　　　　　　　　cdennis@governo.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of June, 2011, a copy of the foregoing was filed electronically on the Court's CM/ECF system. Notice of this filing will be sent to all counsel of record for viewing via the Court's ECF system.

/s/Corey M. Dennis
Corey M. Dennis